| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| MICHAEL DAVID STUNTZ, INDIVIDUALLY AND ON BEHALF OF ALL THOSE SIMILARLY SITUATED; AND DWAYNE A NEWMAN, Plaintiffs, *versus* ASHLAND ELASTOMERS, LLC, ISP SYNTHETIC ELASTOMERS, LP, ISP SYNTHETIC ELASTOMERS, LLC, LION ELASTOMERS LLC, Defendants. | CASE NO. 1:14-CV-00173-MAC |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This case is assigned to the Honorable Zack Hawthorn, United States Magistrate Judge, for pre-trial management. On February 22, 2019, Judge Hawthorn entered a report (Doc. No. 290) recommending the Court grant Defendants', Ashland Elastomers, LLC and Lion Elastomers, LLC, "Motion for Partial Summary Judgment on the Donning and Doffing Claims" (Doc. Nos. 138, 152) and "Motion for Summary Judgment" (Doc. Nos. 238, 239), and denying Plaintiffs' "Motion for Partial Summary Judgment." Doc. No. 146.

A party who files timely, written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects. 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b)(2)-(3). "Parties filing objections must specifically identify those findings [to which they object]. Frivolous, conclusive or general objections need not be considered by the district court." *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by*

*Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).

The court has conducted a *de novo* review of the magistrate judge's report and recommendation and has carefully considered the Plaintiffs' objections. *See* Doc. No. 292. The court finds that the magistrate judge's conclusions are correct and the objections are largely a restatement of previously asserted arguments.

It is, therefore, **ORDERED** that Plaintiffs' objections (Doc. No. 292) are **OVERRULED**, the magistrate judge's report and recommendation (Doc. No. 290) is **ADOPTED**, and Plaintiffs' "Motion for Partial Summary Judgment" (Doc. No. 146) is **DENIED**.

It is further **ORDERED** that Defendants', Ashland Elastomers, LLC and Lion Elastomers, LLC, "Motion for Partial Summary Judgment on the Donning and Doffing Claims" (Doc. Nos. 138, 152) and "Motion for Summary Judgment" (Doc. Nos. 238, 239) are **GRANTED**.

A final judgment will be entered separately.

SIGNED at Plano, Texas, this 14th day of March, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE