| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| MICHAEL DAVID STUNTZ, INDIVIDUALLY AND ON BEHALF OF ALL THOSE SIMILARLY SITUATED; AND DWAYNE A NEWMAN,<br>　　　Plaintiffs, | §§§§§§§§§§§§§ | CASE NO.  1:14-CV-00173-MAC |
| *versus* | | |
| ASHLAND ELASTOMERS, LLC, ISP SYNTHETIC ELASTOMERS, LP, ISP SYNTHETIC ELASTOMERS, LLC, LION ELASTOMERS LLC,<br>　　　Defendants. | | |

## FINAL JUDGMENT

The court has adopted the magistrate judge's report and recommendation (Doc. No. 290), which recommends granting summary judgment in favor of Defendants Ashland Elastomers, LLC and Lion Elastomers, LLC, and dismissing the case with prejudice.  Accordingly, it is **ORDERED** that Plaintiffs Michael David Stuntz and Dwayne A. Newman, individually and on behalf of similarly situated employees, take nothing and judgment is rendered in favor of Defendants.  Each party shall bear its own costs of court.  All pending motions are denied as moot.  The clerk of court is directed to close this case.

　　THIS IS A FINAL JUDGMENT.

　　SIGNED at Plano, Texas, this 14th day of March, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE