IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL DAVID STUNTZ, INDIVIDUALLY AND ON BEHALF OF ALL THOSE SIMILARLY SITUATED | § § § § § | |
| Plaintiffs | § | |
| VS | § § | C.A. No. 1:14-CV-000173 (MC)(ZH) |
| ASHLAND ELASTOMERS, LLC; ET AL | § § § | |
| Defendants | § | COLLECTIVE ACTION |

## PLAINTIFFS' NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, MICHAEL DAVID STUNTZ, Individually and on Behalf of all Those Similarly Situated, Plaintiffs in the above-entitled and numbered cause, and desire to appeal from the following Orders:

1. Final Judgment, Docket No. 294, signed on March 14, 2019;

2. Order Adopting Report and Recommendation, Docket No. 293, signed on March 14, 2019;

3. Report and Recommendation, Docket No. 290, signed on February 22, 2019;

4. Order Overruling Plaintiffs' Objections to Report and Recommendation Denying Motion for Reconsideration, Docket No. 289, signed on January 16, 2019;

5. Report and Recommendation Denying Plaintiffs' Motion for Partial Reconsideration, Docket No. 280, signed on December 7, 2018;

6. Order Granting Defendant Ashland Elastomers' and Lion Elastomers' Motions for Partial Summary Judgment, Docket No. 101, signed on June 21, 2016;

7. Order Overruling Plaintiffs' Objections to Report and Recommendation Granting Defendant Lion's Motion for Partial Summary Judgment on Plaintiff Stuntz's Retaliation Claim, Docket No. 276, signed on October 17, 2018;

8. Report and Recommendation Granting Defendant Lion Elastomers, LLC's Motion for Partial Summary Judgment on Plaintiff Stuntz's Retaliation Claim, Docket No. 268, signed on September 21, 2018;

Plaintiff appeals to the Fifth Circuit Court of Appeals for the State of Texas.

Respectfully submitted,

REAUD, MORGAN & QUINN, L.L.P.
801 Laurel Street
Post Office Box 26005
Beaumont, Texas 77720-6005
Telephone: (409) 838-1000
Telecopier: (409) 833-8236

By: */s/ Mark Frasher*
    Mark Frasher
    State Bar No. 00798187
    mfrasher@rmqlawfirm.com

**Attorney for Plaintiffs**

### CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April 2019, I have served a true copy of the above and foregoing on the adverse parties by forwarding a copy of same to all opposing counsel herein.

*/s/ Mark Frasher*
Mark Frasher