

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**Certified as a true copy and issued as the mandate on Oct 15, 2020**

**Attest:** *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit

**FILED**

September 23, 2020

Lyle W. Cayce
Clerk

No. 19-40336

_____

MICHAEL DAVID STUNTZ, Individually and on Behalf of All Those Similarly Situated,

　　　　　　　Plaintiff - Appellant

v.

LION ELASTOMERS, L.L.C.; ASHLAND ELASTOMERS, L.L.C.,

　　　　　　　Defendants - Appellees

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:14-CV-173

_____

Before SMITH, GRAVES, and HO, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.